UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| AYERS, MELISSA ANNE | ) | Case No. 09-09894TUC JMM |
| | ) | |
| | ) | PETITION TO PAY |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | Arizona Dept. of Revenue<br>Special Collections<br>1600 W. Monroe, 7th Floor<br>Phoenix, AZ 85007 | $ .04 |
| 9 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 3.11 |
| 10 | Radiology, Ltd.<br>PO Box 12249<br>Tucson, AZ 85732 | .42 |
| 12 | Roundup Funding, LLC<br>PO Box 91121<br>Seattle, WA 98111-9221 | 1.81 |
| 13, 14 and 15 | Recovery Management Systems Corp.<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | 4.65, 1.37 and 4.89 |
| | TOTAL == | $ 16.29 |

February 14, 2011                    /s/ Gayle E. Mills
Date                                 Gayle E. Mills, Trustee